AUSTIN B. KENNEY (State Bar No. 242277)
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

ALISA A. GIVENTAL (State Bar No. 273551)
CHRISTOPHER M. LAPIDUS (State Bar No. 316005)
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant,
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CINDY HIPWELL,<br><br>   Plaintiff,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A.; BANK OF AMERICA, N.A.<br><br>   Defendants. | Case No. 2:24-cv-03448-JDP<br><br>[PROPOSED] ORDER<br><br>Magistrate Judge Jeremy D. Peterson |

70001.0893/16945687.1

[PROPOSED] ORDER

# [PROPOSED] ORDER

The Court, having read and considered Plaintiff CINDY HIPWELL ("Plaintiff") and Defendants WELLS FARGO BANK, N.A. ("Wells Fargo") and BANK OF AMERICA, N.A.'s ("BANA") (collectively, "Defendants") joint stipulation to extend the time to respond to initial Complaint, and good cause appearing, hereby orders that Defendants' response to Plaintiff's Complaint shall be due on or before March 3, 2025.

IT IS SO ORDERED.

Dated: January 29, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE