AUSTIN B. KENNEY (State Bar No. 242277)
abk@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
CHRISTOPHER M. LAPIDUS (State Bar No. 316005)
cml@severson.com
SEVERSON & WERSON
A Professional Corporation
595 Market Street, Suite 2600
San Francisco, California 94105
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants,
WELLS FARGO BANK, N.A. and
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CINDY HIPWELL, | Case No. 2:24-cv-03448-JDP |
| Plaintiff, | Magistrate Judge Jeremy D. Peterson |
| vs. | **[PROPOSED] ORDER ON [THIRD] STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| WELLS FARGO BANK, N.A.; BANK OF AMERICA, N.A. | |
| Defendants. | Complaint Served: December 13, 2024<br>Current Response Date: March 3, 2025<br>New Response Date: March 7, 2025 |
| | Action Filed: December 12, 2024 |

70001.0893/16970085.1

Case No. 2:24-cv-03448-JDP

[PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT

# [PROPOSED] ORDER

The Court, having read and considered Plaintiff CINDY HIPWELL ("Plaintiff") and Defendants WELLS FARGO BANK, N.A. ("Wells Fargo") and BANK OF AMERICA, N.A.'s ("BANA") (collectively, "Defendants") [Third] Joint Stipulation to Extend the Time to Respond to Initial Complaint, and good cause appearing, hereby orders that Defendants' response to Plaintiff's Complaint shall be due on or before March 7, 2025.

IT IS SO ORDERED.

Dated: March 5, 2025

*[signature]*

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE