Elliot Gale (Bar #263326)
egale@gajplaw.com
Gale, Angelo, & Johnson PC
2999 Douglas Blvd. Ste 111
Roseville, CA 95661
916-290-7778
916-721-2767 fax

Attorney for Plaintiff
Cindy Hipwell

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CINDY HIPWELL,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, NA. AND BANK OF AMERICA, N.A.<br><br>        Defendants. | Case No.: 24-cv-3448-JDP<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO AMEND COMPLAINT |

Upon consideration of Plaintiff Cindy Hipwell and Defendants Wells Fargo Bank, N.A. and Bank of America N.A., Stipulation to Amend complaint and allow Plaintiff to file an Amended Complaint, and for good cause appearing, it is hereby **ORDERED** that the amended complaint attached as **Exhibit A** to the stipulation is allowed. Plaintiff shall file the amended complaint no later than June 30, 2025.

IT IS SO ORDERED.

Dated:   June 13, 2025                              _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE