Elliot Gale (Bar#263326)
egale@gajplaw.com
Gale, Angelo, & Johnson P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778
916-721-2767 fax

Attorney for Plaintiff
Cindy Hipwell

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVSION

| | |
|---|---|
| CINDY HIPWELL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A. AND BANK OF AMERICA, N.A.<br><br>　　　　Defendant. | Case No.: 2:24-cv-03448-JDP<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS |

　　　Upon consideration of Plaintiff Cindy Hipwell and Defendant Wells Fargo Bank, N.A.'s Stipulation to stay proceedings to allow time for Plaintiff to receive funds returned, and for good cause appearing, it is hereby **ORDERED** that:

　　　1. This action is stayed pending further order of the court.

　　　2. The parties shall file a joint status report apprising the court of the status of the funds no later than November 7, 2025, and every ninety days thereafter.

　　　3. Defendant Wells Fargo Bank, N.A.'s motions to dismiss and to strike, ECF Nos. 27 & 28, are denied without prejudice to renewal upon the stay being lifted.

     4.  The August 14, 2025 hearing on defendant Wells Fargo Bank, N.A.'s motions to dismiss and to strike, ECF Nos. 27 & 28, is vacated.

IT IS SO ORDERED.

Dated:   July 16, 2025
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE